UNITED STATES of America,
Plaintiff–Appellee,

v.

Jesus DE LA TORRE–MOLINA,
Defendant–Appellant.

No. 05–41855.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 25, 2006.

Randall A. Blake, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Sherman, TX, for Plaintiff–Appellee.

Robert Jackson Herrington Plano, TX, for Defendant–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Jesus De La Torre–Molina (De La Torre) has filed a motion to withdraw and brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). De La Torre has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.